Case 4:20-cv-02193   Document 26   Filed on 09/28/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARA SAIDMAN and JESSICA CHEATHAM, <br><br> Plaintiffs, <br> VS. <br><br> SCHLUMBERGER TECHNOLOGY CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:20-CV-02193 |

## ORDER

Considering the foregoing joint motion for extension of time to file joint discovery/case management plan (Dkt. No. 24) filed by the parties:

IT IS ORDERED that the parties are granted an extension of time to file their Joint Discovery/Case Management Plan until September 24, 2020, and the motion for continuance (Dkt. No. 19) is rendered moot.

It is so ORDERED.

SIGNED on this 25th day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge