UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARA SAIDMAN and JESSICA CHEATHAM, <br><br> Plaintiffs, <br> VS. <br><br> SCHLUMBERGER TECHNOLOGY CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. 4:20-CV-02193 |

## ORDER

Having considered the defendant, Schlumberger Technology Corporation's Rule 12(b)(6) motion to dismiss the putative class claims in Count One and Count Two, the plaintiff's Sara Saidman, claim of disparate impact discrimination in Count One, and the plaintiff's Jessica Cheatham, claims in Counts One through Four, the Court determines that the issues presented are best addressed in a motion for summary judgment, not a motion to dismiss. There are plausible claims raised and the case law precedent does not support a summary dismissal based on lack of evidence or plausibility. Therefore, the defendant's motion to dismiss is Denied.

It is so ORDERED.

SIGNED on this 10th day of December, 2020.

_____
Kenneth M. Hoyt
United States District Judge