UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARA SAIDMAN and JESSICA CHEATHAM, <br><br> *Plaintiffs,* <br><br> v. <br><br> SCHLUMBERGER TECHNOLOGY CORPORATION, <br><br> *Defendant.* | Case. No. 4:20-cv-02193 |

## PLAINTIFFS' NOTICE THAT CASE SHALL PROCEED AS INDIVIDUAL ACTION

Plaintiffs Sara Saidman and Jessica Cheatham hereby provide notice that they do not intend to move for class certification of any claims alleged in Plaintiffs' First Amended Complaint (Dkt. No. 16). All counts brought in the action—including, Counts One (Sex (Gender) Discrimination), Two (Hostile Work Environment), Three (Retaliation), and Four (Wrongful Termination (Discrimination))—shall proceed as individual (i.e. non-class) claims, brought on behalf of Plaintiffs Sara Saidman and Jessica Cheatham.

Dated: September 15, 2022         Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael D. Palmer*_____
　　　　　　　　　　　　　　　　　　Michael D. Palmer (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Russell L. Kornblith (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　David H. Tracey (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Nicole E. Wiitala (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Carolin E. Guentert (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Alok K. Nadig (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　**SANFORD HEISLER SHARP, LLP**
　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas, 31st Floor

New York, New York 10019
Telephone: (646) 402-5650
mpalmer@sanfordheisler.com
rkornblith@sanfordheisler.com
dtracey@snafordheisler.com
nwiitala@sanfordheisler.com
cguentert@sanfordheisler.com
anadig@sanfordheisler.com

*-- and --*

Todd Slobin (Texas Bar No. 24002953; Federal ID No. 22701)
Melinda Arbuckle
(Texas Bar No. 24080773; Federal ID No. 2629125)
**SHELLIST LAZARZ SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
tslobin@eeoc.net
marbuckle@eeoc.net

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, a true and correct copy of the foregoing was served upon counsel of record via ECF.

*/s/ Michael D. Palmer*
Michael D. Palmer