UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARA SAIDMAN and JESSICA CHEATHAM,<br>*Plaintiffs*<br><br>v.<br><br>SCHLUMBERGER TECH. CORP.,<br>*Defendant* | CASE NO. 4:20-CV-02193 |

**PLAINTIFF SARA SAIDMAN'S UNOPPOSED MOTION TO DISMISS
HER CLAIMS IN THIS ACTION**

**COMES NOW** Plaintiff Sara Saidman respectfully moves this Court to dismiss her claims in this action, with prejudice. Plaintiff Saidman and Defendant Schlumberger Technology Corporation shall each bear their respective costs as to said claims.

Respectfully submitted, this 29th day of November 2022.

1

**COUNSEL FOR PLAINTIFF SARA SAIDMAN:**

*/s/ Michael D. Palmer*
Michael D. Palmer (Admitted Pro Hac Vice)
Russell L. Kornblith (Admitted Pro Hac Vice)
David H. Tracey (Admitted Pro Hac Vice)
Nicole E. Wiitala (Admitted Pro Hac Vice)
Carolin E. Guentert (Admitted Pro Hac Vice)
Alok K. Nadig (Admitted Pro Hac Vice)

**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas,
31st Floor
New York, New York 10019
Telephone: (646) 402-5650
mpalmer@sanfordheisler.com
rkornblith@sanfordheisler.com
dtracey@sanfordheisler.com
nwiitala@sanfordheisler.com
cguentert@sanfordheisler.com
anadig@sanfordheisler.com

*--and--*

Todd Slobin (TX Bar No. 24002953; Federal ID No. 22701)
Melinda Arbuckle (TX Bar No. 24080773; Federal ID No. 2629125)
**SHELLIST LAZARZ SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-0993
tslobin@eeoc.net
marbuckle@eeoc.net

2

## CERTIFICATE OF SERVICE

I certify that I have caused to be served, this 29th day of November 2022, a copy of the foregoing to all counsel of record via email.

/s/ Michael D. Palmer
Michael D. Palmer