UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA CHEATHAM, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case. No. 4:20-cv-02193 |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § § § § | |
| *Defendant*. | § § § § | |

### DECLARATION OF MICHAEL PALMER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF NORA OSTROFE

I, Michael Palmer, hereby declare as follows:

1. I make this declaration in support of Plaintiff Jessica Cheatham's Opposition to Defendant's Motion *In Limine* to Exclude the Expert Testimony of Nora Ostrofe.

2. I am an attorney admitted to practice law in the State of New York. I have been admitted in this case *pro hac vice*.

3. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Philip J. Cross, Ph.D., filed under seal.

4. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of Dr. Philip J. Cross's deposition testimony, taken on January 11, 2023, with a copy of the deposition errata included at the end of the exhibit.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 8, 2023                                      */s/ Michael Palmer*
                                                             Michael Palmer

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, a true and correct copy of the foregoing was served upon counsel of record via ECF.

                                                */s/ Michael Palmer*
                                                Michael Palmer