UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sara Saidman, et al.

v.                                                                  Case Number: 4:20–cv–02193

Schlumberger Technology Corporation

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/17/2023

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Jury Trial
Notice of Setting – #149

Date:   February 14, 2023

                                                                                Nathan Ochsner, Clerk