United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA CHEATHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02193 |
| | § | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

This cause came before the Court on the parties' joint motion to extend the deadline for submitting exhibit lists with objections set out in the "Order Following Telephone Scheduling Conference Held on February 2, 2023" [ECF 148] from February 16, 2023, to February 23, 2023 (Dkt. No. 151). After due and careful consideration, the Court GRANTS the motion and extends the deadline to February 23, 2023.

It is so ORDERED.

SIGNED on February 28, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge