UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JESSICA CHEATHAM,**<br><br>       *Plaintiff,*<br>v.<br><br>**SCHLUMBERGER TECHNOLOGY CORPORATION,**<br><br>       *Defendant.* | **Case. No. 4:20-cv-02193** |

### PLAINTIFF JESSICA CHEATHAM'S PROPOSED INTERROGATORIES

Plaintiff Jessica Cheatham submits these proposed jury interrogatories.

### INTERROGATORY NUMBER ONE:

Has Plaintiff Jessica Cheatham proven by a preponderance of the evidence that Defendant Schlumberger Technology Corporation discriminated against her on the basis of her sex or gender?

Answer "Yes" or "No": _____

### INTERROGATORY NUMBER TWO:

Has Plaintiff Jessica Cheatham proven by a preponderance of the evidence that Defendant Schlumberger Technology Corporation subjected her to a hostile work environment?

Answer "Yes" or "No": _____

**INTERROGATORY NUMBER THREE:**

Has Plaintiff Jessica Cheatham proven by a preponderance of the evidence that she was constructively discharged?

Answer "Yes" or "No": _____

**INTERROGATORY NUMBER FOUR:**

Has Plaintiff Jessica Cheatham proven by a preponderance of the evidence that Defendant Schlumberger Technology Corporation retaliated against her?

Answer "Yes" or "No": _____

**INTERROGATORY NUMBER FIVE:**

Do you find that Plaintiff Jessica Cheatham should be awarded compensatory damages for pain and suffering, inconvenience, or mental anguish, if any?

Answer "Yes" or "No": _____

[If you answer "Yes" to Interrogatory No. 5, then answer Interrogatory No. 6.]

**INTERROGATORY NUMBER SIX:**

What sum of money, if any, should be awarded to Plaintiff Jessica Cheatham for compensatory damages for pain and suffering, inconvenience, or mental anguish?

Answer in Dollars and Cents: $_____

**INTERROGATORY NUMBER SEVEN:**

Do you find that the plaintiff should be awarded punitive damages based on the defendant's reprehensible conduct, if any?

Answer "Yes" or "No": _____

[If you answer "Yes" to Interrogatory No. 7, then answer Interrogatory No. 8.]

**INTERROGATORY NUMBER EIGHT:**

What sum of money, if any, should be awarded to the plaintiff for any reprehensible conduct of the defendant that you have found, as punitive damages?

Answer in Dollars and Cents: $_____

Dated: July 25, 2023              Respectfully submitted,

*/s/ Michael D. Palmer*
Michael D. Palmer (Admitted *Pro Hac Vice*)
Nicole E. Wiitala (Admitted *Pro Hac Vice*)
Andrew Macurdy (Admitted *Pro Hac Vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
mpalmer@sanfordheisler.com
nwiitala@sanfordheisler.com
amacurdy@sanfordheisler.com

***Attorneys for Plaintiff Jessica Cheatham***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2023, a true and correct copy of the foregoing was served upon counsel of record via ECF.

                                                      */s/ Michael D. Palmer*
                                                      Michael D. Palmer