United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA CHEATHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-02193 |
| § | |
| SCHLUMBERGER TECHNOLOGY § | |
| CORPORATION, § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

This case was presented to a jury that reached a verdict that the plaintiff, Jessica Cheatham, shall take nothing by her suit. It is, therefore, ORDERED that the plaintiff takes nothing by her suit. All permitted costs taxed against the plaintiff.

This is a Final Judgment.

SIGNED on August 4, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge